IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY OUTLAW, | § | |
| | § | No. 214, 2018 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID N1508018505 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: August 27, 2018
Decided: August 31, 2018

## O R D E R

It appears to the Court that, on August 16, 2018, the Chief Deputy Clerk issued a notice to the appellant to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. The appellant failed to file a response within the ten-day time period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice